UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Bernadette McMillion, | : | |
| | : | JURY DEMANDED |
| Plaintiff, | : | |
| | : | No.: 2:21-cv-01976 |
| v. | : | |
| | : | |
| OS Restaurant Service, Inc. | : | |
| d/b/a Bonefish Grill | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, and in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action. All parties are to bear their own costs.

/s/ Mary LeMieux-Fillery
Mary LeMieux-Fillery
LAW OFFICES OF ERIC A. SHORE
1500 JFK Blvd, Suite 1240
Philadelphia, PA  19102
267.546.0132 (t)
215.944.6124 (f)
MaryF@ericshore.com

/s/ Robert C. Perryman
Robert C. Perryman
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
215-995-2821 (t)
robert.perryman@ogletree.com

Date: August 10, 2021

Date: August 10, 2021